### DELPHINE SOLET *v.* JEAN BAPTISTE SOLET.

APPEAL from the District Court of Lafourche Interior, *Nicholls*, J.

MARTIN, J. The defendant is appellant from a judgment obtained against him, in an action of slander, by his daughter, who charges him with having said that ' *that she was a thief,*' and ' *that she was the most base and infamous person that ever lived.*' She had a verdict for five dollars, and judgment accordingly. The parties are persons of color. The plaintiff left the defendant to live in concubinage. The words charged appear to have been spoken in a moment of irritation, on the departure of the plaintiff with the man with whom she went to live. It appears to us that the relation in which the parties stand to each other, renders it probable that in rebuking his daughter for her ill-conduct, the father was

under the influence of a sense of duty, rather than prompted by malice to injure her. If, during the excitement under which he was, he used an expression which, if applied to any other person than a guilty daughter, might be imputed to a malicious intention, his relation to her, and her own misconduct repel the imputation. The trifling sum for which the jury gave their verdict, manifests their opinion that little injury was done the plaintiff; and we think the verdict ought to have been for the defendant.

It is therefore ordered that the judgment be reversed; and that ours be for the defendant with costs in both courts.

*Boucherville*, for the plaintiff.

*Beatty*, for the appellant.